UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-cv-80706-MIDDLEBROOKS**

SYDNEE GOTTLIEB,

    Plaintiff,

v.

PEACE LOVE MED AESTHETIC REJUVENATION, LLC,
a Florida limited liability company,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed June 28, 2019. (DE 14). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 28th day of June, 2019.

                                              Donald M. Middlebrooks
                                              United States District Judge

Copies to:   Counsel of Record